# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EDGARDO VALDEZ-MARTINEZ,<br><br>　　　　　　　Defendant. | CASE NO. 13CR2200-GPC<br><br>**JUDGMENT OF DISMISSAL** |

*FILED AUG 30 2013 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY*

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　　the Court has dismissed the case for unnecessary delay; or

___　　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　　a jury has been waived, and the Court has found the defendant not guilty; or

___　　the jury has returned its verdict, finding the defendant not guilty;

**X**　　of the offense(s) as charged in the Information:

8USC1326(a) and (b)

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 30, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　U.S. District Judge